UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**TOWN OF NORTH GREENBUSH**
2 DOUGLAS STREET
WYNANTSKILL, NY 12198-7561

LEE CROSIER, et al.

*against*

TOWN OF NORTH GREENBUSH, NEW YORK

**ALSON J. SPAIN, JR.**
Supervisor

Telephone: (518) 283-5313 Ext. 11         Fax: (518) 283-5345
spain@townofng.com

STATE OF NEW YORK, COUNTY OF ALBANY
MICHAEL ALVARO, being sworn, says that deponent is not a party to this action, is over 18 years of age and resides at Albany, New York
That on NOVEMBER 19, 2013 at 2:15pm at 2 DOUGLAS STREET, WYNANTSKILL, NY deponent served the within

☒ Summons in a Civil Action     ☐ Subpoena with Notice to Take Deposition     ☐ Three Day Notice
  and Complaint                  ☐ Subpoena for Testimony                      ☐ Notice of Petition and Petition
☒ Civil Cover Sheet              ☐ Subpoena Duces Tecum                        ☐ Order to Show Cause
☒ Filing Order (General Order #25)  ☐ Citation                                ☐
                                 ☐                                            ☐

upon   **TOWN OF NORTH GREENBUSH, NEW YORK**

☒ defendant     (hereinafter
☐ respondent  } called      }   therein named
☐ witness       the recipient)

☐ INDIVIDUAL   by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient herein.

☒ CORPORATE /   a Municipal Corporation, by delivering thereat, a true copy of each to   **ALSON J. SPAIN, JR., Town Supervisor**
BUSINESS ENTITY

☐ SUITABLE     by delivering thereat, a true copy of each to   ,
AGE PERSON     a person of suitable age and discretion. Said premises is recipient's within the state.

☐ AFFIXING TO  by affixing a true copy of each to the door of said premises, which is recipient's within the state.
DOOR, ETC.     Deponent was unable, with due diligence, to find the recipient or a person of suitable age and discretion, thereat, having called there:

               Deponent talked to     at said premises who stated that recipient ☐ lived there ☐ worked there.

☐ MAILING      ☐ Deponent also enclosed a copy of same, in a postpaid sealed wrapper, bearing first class postage, properly addressed to recipient's , at   and deposited same at a United States Post Office.
               ☐ mailing was made by certified mail (Receipt No.   )
               ☐ with return receipt requested.
               Date of Mailing:

| Description of Individual Served | | |
|---|---|---|
| Sex: M   Color of Skin: WHITE | | Color of Hair: GREY and WHITE (thinning) |
| Approximate Age: age is 61 | Approximate Weight: 200 +/- | Approximate Height: 5'10" +/- |
| Other identifying features: | ☐ Balding ☐ Mustache | ☐ Beard ☐ Glasses |

☐ WITNESS   Traveling expense and one day witness fee: $     ☐ was paid (tendered to the recipient)
  FEES                                                       ☐ was mailed to the witness with subpoena copy

☒ MILITARY   I asked the person spoken to whether recipient is in the active military service of the United States or of the State of New York
  SERVICE    and received a negative reply.

Sworn before me on   11/20/13

_____
Notary Public

MICHAEL ALVARO        518-438-8987

**ALBANY INVESTIGATION
AND PROCESS SERVICES, LLC
50 COLVIN AVE SUITE 203
ALBANY, NY 12206**