UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LEE CROSIER, JOSIAH DEEB, MARTIN DINAN,
BRUCE FLEMING, LISA GIDDINGS-FUMAROLA,
BRIAN GILLIE, KYLE JONES, ERIC JUKES,
JOHN JURS, JR., DAVID KEEVERN,
KATHEEN (ANSLOW) KUHN,
RYAN MACDONALD, CHRISTOPHER MARSH,
MICHAEL MEROLA, RANDY PASTORE,
MARK PEVERLY, DOUGLAS PINZER,
CLIFFORD RUSCHMEYER, WILLIAM STEWART,
GEORGE SLAGEN III, JEFFREY STEHR,

        **STIPULATION OF
DISCONTINUANCE**

        Civil Case No.: 1:13-CV-1338

        DNH/CFH

                        Plaintiffs,

-against-

TOWN OF NORTH GREENBUSH, NEW YORK

                    Defendant.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiffs and Defendant in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, Plaintiff Christopher Marsh hereby discontinues, with prejudice, as against the town of North Greenbush and all Departments of the Town, without costs or attorneys fees to either party against the other. This stipulation may be filed without further notice with the Clerk of the Court. This stipulation may be signed in counterparts.

                                    LEMIRE, JOHNSON & HIGGINS, LLC

By: _____      By: _____

Matthew P. Ryan                Mary Elizabeth Kissane
(Bar Roll No.: 511629)         (Bar Roll No.: 517692)
Attorney for Plaintiffs          Attorneys for Defendant
63 Colvin Avenue              2534 Route 9 – PO Box 2485
Albany, New York 12206        Malta, New York 12020
Tel:  518-489-8424          Tel:  518-899-5700
Fax:  518-435-1523         Fax: 518-899-5484
Email: matthew.ryan@council82.org   Email: mek@lemirejohnsonlaw.com
Dated: 3-21-2014            Dated: 4/17/14

SO ORDERED:

                                    Dated:_____

_____
Hon. David N. Hurd, USDJ